UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

JULIE D. HOLMES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.                              No. 12-cv-1247-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Plaintiff's Motions to Dismiss.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered on March 19, 2014 granting plaintiff's Motion to Dismiss (Doc. 23), this case is **DISMISSED** with prejudice.

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:   /s/*Sara Jennings*
                                                   Deputy Clerk

Dated:   March 20, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.20
06:17:06 -05'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**